UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80088-CR-MARRA/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARIE DECOSTA QUINTANA,

    Defendant.

_____/

**DEFENDANT'S OBJECTIONS TO**
**PRESENTENCE INVESTIGATION REPORT**

Defendant, Marie Quintana, objects to the presentence investigation report (PSI) based on the following:

1. Ms. Quintana objects to paragraphs 28 and 39, which indicate that a mitigating role adjustment is not recommended. As noted by the Presentence Report, there were several individuals that participated in this mortgage fraud. Most of them executed the scheme with a skill and precision that reflects expertise and experience in fraud. Not Ms. Quintana. Ms. Quintana, though she agreed to participate when asked and ultimately signed the mortgage documentation, is absolutely "less culpable than the average participant." Application Note 3(A) of U.S.S.G. § 3B1.2. Thus, Ms. Quintana objects to paragraphs 28 and 39 and submits that a four-level reduction is appropriate under U.S.S.G. § 3B1.2(a).

2. Ms. Quintana objects to paragraph 37, which provides for a two-point increase to her offense level "because the offense involved sophisticated means" under U.S.S.G. § 2B1.1(b)(9)(C).

The "sophisticated means" enhancement requires conduct that is "especially complex or especially intricate." Application Note 8(B) of U.S.S.G. § 2B1.1. Initially, this Court must determine whether the conduct herein was actually significantly more complex or intricate than the typical mortgage fraud case. But, additionally, as for Ms. Quintana, the Presentence Report applies the enhancement because other individuals (those that orchestrated the mortgage fraud and solicited her participation) created fictitious entities and organized and obtained lender approval for the loans in a manner that reveals some sophistication, and experience in both fraud and the mortgage industry. This largely includes conduct of which Ms. Quintana had no knowledge.

While a defendant, under the Federal Sentencing Guidelines, can be held accountable for the conduct of others in a "jointly undertaken criminal activity," adjustments to one's offense level for the conduct of others must be limited to that conduct which is "reasonably foreseeable[.]" U.S.S.G. § 1B1.3(a)(1)(B). Ms. Quintana submits that the sophisticated means, if, in fact, there was any, employed by others during the course of this offense was not reasonably foreseeable.

                                                KATHLEEN M. WILLIAMS
                                                FEDERAL PUBLIC DEFENDER

                                                By: s/Jonathan Pinoli
                                                Jonathan Pinoli
                                                Assistant Federal Public Defender
                                                Attorney for Defendant
                                                Florida Bar No. 22851
                                                450 Australian Avenue, Suite 500
                                                West Palm Beach, Florida 33401
                                                Telephone:  (561)833-6288
                                                Facsimile:   (561)833-0368
                                                Email: Jonathan_Pinoli@fd.org

## CERTIFICATE OF SERVICE

  I HEREBY certify that on **December 6, 2010**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                s/*Jonathan Pinoli*
                Jonathan Pinoli

SERVICE LIST
*UNITED STATES OF AMERICA V.  MARIE QUINTANA*
**CASE NO. 10-80088-CR-MARRA**

Ellen Cohen
*Ellen.Cohen@usdoj.gov*
United States Attorney Office
500 South Australian Avenue
Suite 400
West Palm Beach, Florida 33401
(561) 209-1046 - Telephone
Attorney for United States of America