UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80088-CR-MARRA/VITUNAC

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MARIE DECOSTA QUINTANA,

      Defendant.

_____/

## JOINT MOTION FOR CONTINUANCE OF SENTENCING DATE

Defendant, Marie Quintana, by and through her undersigned counsel, requests this Court to continue the sentencing hearing for at least 60 days.  As grounds therefor, Defendant states:

1. On September 3, 2010, Ms. Quintana pleaded guilty to two counts of mortgage fraud.

2. On November 19, 2010, this Court granted the defense's unopposed motion to continue the sentencing hearing, resetting Ms. Quintana's sentencing for Thursday, January 6, 2011.

3. Ms. Quintana's cooperation with the government will not be complete by January 6, 2011. Consequently, any decisions regarding the filing of a motion under U.S.S.G. § 5K1.1 will require more time.

4. Additionally, AUSA Ellen Cohen will be out of the country on January 6, 2011.  Thus, the parties hereby request that Ms. Quintana's sentencing be continued for at least 60 days.

Pursuant to Local Rule 88.9, counsel for the defendant has consulted with Assistant United States Attorney Ellen Cohen and as noted above, she does not oppose this motion.

WHEREFORE, Defendant respectfully requests this Court to grant the above-styled motion.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

s/ Jonathan Pinoli
Jonathan Pinoli
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 22851
450 Australian Ave. N., Suite 500
West Palm Beach, FL 33401
TEL:(561) 833-6288
FAX:(561) 833-0368
*Jonathan_Pinoli@FD.org*

## CERTIFICATE OF SERVICE

I HEREBY certify that on December 17, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Jonathan Pinoli
Jonathan Pinoli

2

## SERVICE LIST

## UNITED STATES OF AMERICA V. MARIE DECOSTA QUINTANA

### Case No. 10-80088-Cr-Marra

Ellen Cohen
Assistant United States Attorney
*Ellen.Cohen@usdoj.gov*
500 South Australian Avenue
Suite 400
West Palm Beach, Florida 33401
(561) 209-1046 - Telephone
Attorney for United States of America